David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
*IDA M. RZEPECKI*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IDA M. RZEPECKI,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF THE WEST; DITECH FINANCIAL, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | CASE NO.: 2:17-cv-00059-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41, Plaintiff Ida M. Rzepecki (the "Plaintiff") and Defendant Bank of the West ("Defendant" or "BOW"), and (individually Plaintiff or Defendant is a "Party" and collectively Defendant and Plaintiff are the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation and Order of Dismissal With Prejudice.

IT IS HEREBY STIPULATED AND AGREED that all of Plaintiff's claims that have been asserted or could have been asserted against BOW in this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each Party shall bear her/its own attorney fees and costs.

- 1 -

1    IT IS FURTHER STIPULATED AND AGREED that no Party shall be deemed a

2    "prevailing party" within the meaning of FRCP 54 or LR 54-1.

3    Dated this 22__ day of March, 2017.

4    **HAINES & KRIEGER, LLC**              **HOLLEY DRIGGS WALCH**
                                            **FINE WRAY PUZEY & THOMPSON**

5    /s/David H. Krieger, Esq.              /s/Richard F. Holley, Esq.

6    David H. Krieger, Esq.                 RICHARD F. HOLLEY, ESQ.
     Nevada Bar No. 9086                    Nevada Bar No. 3077

7    8985 S. Eastern Ave., Suite 350        ANDREA M. GANDARA, ESQ.
     Henderson, NV 89123                    Nevada Bar No. 12580

8                                           400 South Fourth Street, Third Floor
     *Attorneys for Plaintiff*              Las Vegas, Nevada 89101

9
                                            *Attorneys for Bank of the West*
10

11

12                              IT IS SO ORDERED.

13

14    _____.

15    RICHARD F. BOULWARE, II
      United States District Judge
16
       DATED this 23rd day of March, 2017.
17

18

19

20

21

22

23

24

25

26

27

1

## **CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on this ___22___ day of March, 2017, I electronically

3   filed the **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** using the

4   CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

5

6                          _____/s/David H. Krieger, Esq._____
                           An Employee of HAINES & KRIEGER, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27